UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-0215 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RAMON HUESO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Possession with Intent to Distribute Methamphetamine

Date of Detention Hearing:    May 14, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)      Defendant is reportedly a citizen of Mexico.  He is charged by Indictment in the

DETENTION ORDER                                                                                      15.13
18 U.S.C. § 3142(i)                                                                                   Rev. 1/91
PAGE 1

01 District of Alaska, Case No. 08-mj-00096-DMS.  He has waived an identity hearing and an order

02 of transfer has been signed.

03     (2)    The United States alleges that his presence in this country is illegal.  There is an

04 immigration detainer pending against him.  The issue of detention in this case is therefore

05 essentially moot, as the defendant would be released to immigration custody if not detained in this

06 case.

07     (3)    Defendant and his counsel offer no opposition to the entry of an order of detention.

08     (4)    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

09 Therefore, there is limited information available about him.

10     (5)    There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

12 to other persons or the community.

13 It is therefore ORDERED:

14     (1)    Defendant shall be detained pending trial and committed to the custody of the

15         Attorney General for confinement in a correction facility separate, to the extent

16         practicable, from persons awaiting or serving sentences or being held in custody

17         pending appeal;

18     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

19         counsel;

20     (3)    On order of a court of the United States or on request of an attorney for the

21         Government, the person in charge of the corrections facility in which defendant is

22         confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER        15.13
18 U.S.C. § 3142(i)        Rev. 1/91
PAGE 2

01    an appearance in connection with a court proceeding; and

02    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

03           counsel for the defendant, to the United States Marshal, and to the United States

04           Pretrial Services Officer.

05    DATED this <u>14th</u> day of May, 2008.

06

07                                        _____
                                          Mary Alice Theiler
08                                        United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                 Rev. 1/91
PAGE 3